UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANDREA A. HALL,

       Plaintiff,

Case No: 05-CV-72019-DT

v.

COMMISSIONER OF SOCIAL SECURITY

       Defendant.
_____/

## **JUDGMENT**

In accordance with the order adopting the Magistrate Judge's Report and Recommendation, this case is REMANDED to the Commissioner pursuant to SENTENCE FOUR of 42 U.S.C. §405(g) for further proceedings consistent with the opinion.

                                            ENTERED BY ORDER OF THE COURT

                                            S/Lisa Wagner
                                            LISA WAGNER, Courtroom Deputy Clerk to
                                            Judge Robert H. Cleland
                                            (313) 234-5522

July 24, 2007

7/24/07: PDK:S:\Cleland\JUDGE'S DESK\Lisa's Folder\JGMSSC.wpd